# EXHIBIT A

# United States of America
### United States Patent and Trademark Office



**Reg. No. 4,041,347**

**Registered Oct. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CROW VISION, INC. (CALIFORNIA CORPORATION)
47 MURRAY STREET
NEW YORK, NY 10007

FOR: GOODS, NAMELY, COMPACT DISCS, AUDIO TAPES, AUDIO-VIDEO TAPES, AUDIO VIDEO CASSETTES, AUDIO VIDEO DISCS, DVDS, AND PRE-RECORDED AUDIO AND AUDIO-VISUAL RECORDINGS FEATURING MUSIC AND DRAMATIC PERFORMANCES; MOTION PICTURE FILMS FEATURING MUSIC, ADVENTURE, DRAMA AND GAMES; CD-ROMS FEATURING GAMES; VIDEO AND COMPUTER GAME SOFTWARE; VIDEO GAME CARTRIDGES, DISCS AND CASSETTES; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-30-1996; IN COMMERCE 8-30-1996.

OWNER OF U.S. REG. NOS. 2,440,789 AND 2,459,492.

THE MARK CONSISTS OF THE WORDS "THE CROW" IN STYLIZED TYPE.

SER. NO. 85-259,944, FILED 3-7-2011.

JAY FLOWERS, EXAMINING ATTORNEY



*Director of the United States Patent and Trademark Office*

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,628,957**

**Registered Oct. 28, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CROWVISION, INC. (CALIFORNIA CORPORATION)
47 MURRAY STREET
NEW YORK, NY 10007

FOR: BENDABLE TOYS; COLLECTABLE AND POSITIONABLE TOY FIGURES; FANTASY CHARACTER TOYS; MODEL PLASTIC TOY FIGURES; PLASTIC CHARACTER TOYS; PLAY FIGURES; RUBBER CHARACTER TOYS; TOY ACTION FIGURES; TOY FIGURES; TOY MINIATURE DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2014; IN COMMERCE 3-31-2014.

THE MARK CONSISTS OF THE WORDS "THE CROW" IN STYLIZED TYPE.

SN 85-259,958, FILED 3-7-2011.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States
Patent and Trademark Office**



# THE CROW

**Reg. No. 4,041,346**
**Registered Oct. 18, 2011**

**Int. Cl.: 9**

**TRADEMARK**

**PRINCIPAL REGISTER**

CROWVISION, INC. (CALIFORNIA CORPORATION)
47 MURRAY STREET
NEW YORK, NY 10007

FOR: GOODS, NAMELY, COMPACT DISCS, AUDIO TAPES, AUDIO-VIDEO TAPES, AUDIO VIDEO CASSETTES, AUDIO VIDEO DISCS, DVDS, AND PRE-RECORDED AUDIO AND AUDIO-VISUAL RECORDINGS FEATURING MUSIC AND DRAMATIC PERFORMANCES; MOTION PICTURE FILMS FEATURING MUSIC, ADVENTURE, DRAMA AND GAMES; CD-ROMS FEATURING GAMES; VIDEO AND COMPUTER GAME SOFTWARE; VIDEO GAME CARTRIDGES, DISCS AND CASSETTES; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 8-30-1996; IN COMMERCE 8-30-1996.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,440,789 AND 2,459,492.

SER. NO. 85-259,935, FILED 3-7-2011.

JAY FLOWERS, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

**Int. Cls.: 16 and 25**

**Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50**

## United States Patent and Trademark Office

Reg. No. 2,459,492
Registered June 12, 2001

## TRADEMARK
### PRINCIPAL REGISTER



CROWVISION, INC. (CALIFORNIA CORPORA-
TION)
130 EL CAMINO
BEVERLY HILLS, CA 90210

FOR: PAPER POSTERS, STICKERS AND TRAD-
ING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK
TOPS, CAPS AND JACKETS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

SER. NO. 75-938,430, FILED 3-8-2000.

WILLIAM JACOBI, EXAMINING ATTORNEY



# THE CROW

**Reg. No. 4,628,958**

**Registered Oct. 28, 2014**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

CROWVISION, INC. (CALIFORNIA CORPORATION)
47 MURRAY STREET
NEW YORK, NY 10007

FOR: BENDABLE TOYS; COLLECTABLE AND POSITIONABLE TOY FIGURES; FANTASY CHARACTER TOYS; MODEL PLASTIC TOY FIGURES; PLASTIC CHARACTER TOYS; PLAY FIGURES; RUBBER CHARACTER TOYS; TOY ACTION FIGURES; TOY FIGURES; TOY MINIATURE DOLLS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 3-31-2014; IN COMMERCE 3-31-2014.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 85-260,034, FILED 3-7-2011.

JAY FLOWERS, EXAMINING ATTORNEY



**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,475,783**

**Registered May 22, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Crowvision, Inc. (CALIFORNIA CORPORATION)
7 Penn Plaza
New York, NEW YORK 10001

CLASS 28: Action figures and accessories therefor, bobble head toy figures, bobble head action figures, action skill games, board games made of paper; board games made of cardboard; board games made of metal and board games made of plastic; card games; equipment sold as a unit for playing a board game and puzzles; jigsaw puzzles; manipulative games; educational toys in the nature of board games; play sets for action figures; toy action figure accessories

FIRST USE 3-1-2011; IN COMMERCE 3-1-2011

The mark consists of the words "THE CROW" in stylized type.

OWNER OF U.S. REG. NO. 2459492, 4041347, 4041346

SER. NO. 86-397,604, FILED 09-17-2014



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

# THE CROW

**Reg. No. 5,475,782**

**Registered May 22, 2018**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Crowvision, Inc. (CALIFORNIA CORPORATION)
7 Penn Plaza
New York, NEW YORK 10001

CLASS 28: Action figures and accessories therefor, bobble head toy figures, bobble head action figures, action skill games, board games made of paper; board games made of cardboard; board games made of metal and board games made of plastic; card games; equipment sold as a unit for playing a board game and puzzles; jigsaw puzzles; manipulative games; educational toys in the nature of board games; play sets for action figures; toy action figure accessories

FIRST USE 3-1-2011; IN COMMERCE 3-1-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2440789, 4041347, 4041346

SER. NO. 86-397,548, FILED 09-17-2014



Director of the United States
Patent and Trademark Office

Int. Cls.: 16 and 25

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38, 39 and 50

**Reg. No. 2,440,789**

## United States Patent and Trademark Office

Registered Apr. 3, 2001

## TRADEMARK
### PRINCIPAL REGISTER

## THE CROW

CROWVISION, INC. (CALIFORNIA CORPORA-
TION)
130 EL CAMINO
BEVERLY HILLS, CA 90210

FOR: PAPER POSTERS, STICKERS AND TRAD-
ING CARDS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37,
38 AND 50).

FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

FOR: CLOTHING, NAMELY, T-SHIRTS, TANK
TOPS, CAPS AND JACKETS, IN CLASS 25 (U.S. CLS.
22 AND 39).

FIRST USE 4-1-1994; IN COMMERCE 4-1-1994.

SER. NO. 75-938,987, FILED 3-8-2000.

WILLIAM JACOBI, EXAMINING ATTORNEY

Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.26 03:40:36 -05'00'

# United States of America

## United States Patent and Trademark Office

# THE CROW

**Reg. No. 7,000,681**

**Registered Mar. 14, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Crowvision, Inc. (CALIFORNIA CORPORATION)
7 Penn Plaza
New York, NEW YORK 10001

CLASS 28: Action play sets comprising action figures and accessories therefore sold as a unit for creative play activities; dolls and doll accessories

FIRST USE 1-30-2023; IN COMMERCE 1-30-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2440789, 4041346, 4041347

SER. NO. 87-866,650, FILED 04-06-2018



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office



Digitally signed by United States Patent and Trademark Office
Location: United States Patent and Trademark Office
Date: 2023.02.26 03:40:38 -05'00'

# United States of America

## United States Patent and Trademark Office

# THE CROW

**Reg. No. 7,000,682**

**Registered Mar. 14, 2023**

**Int. Cl.: 28**

**Trademark**

**Principal Register**

Crowvision, Inc. (CALIFORNIA CORPORATION)
7 Penn Plaza
New York, NEW YORK 10001

CLASS 28: Action play sets comprising action figures and accessories therefore sold as a unit for creative play activities

FIRST USE 7-00-2020; IN COMMERCE 7-00-2020

The mark consists of the words "THE CROW" in stylized type.

OWNER OF U.S. REG. NO. 2459492, 4041346, 4041347

SER. NO. 87-866,662, FILED 04-06-2018



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**

