# EXHIBIT B

# Copyright

---

**Registration Number / Date:**

PAU001813537 / 1994-02-01

**Type of Work:**

Motion Pictures

**Title:**

The crow.

**Date of Creation:**

1994

**Copyright Claimant:**

Crowvision, Inc. (employer for hire)

**Names:**

Schow, David J.

Shirley, John

Crowvision, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/9607328

---

**Registration Number / Date:**

PA0000811716 / 1996-10-02

**Type of Work:**

Motion Pictures

**Title:**

The Crow :City of Angels /an Edward R. Pressman production in association with Jeff Most Productions ; directed by Tim Pope.

**Variant Title:**

The Crow : City of Angels

**Date of Creation:**

1996

**Date of Publication:**

1996-08-30

**Copyright Claimant:**

Crowvision, Inc.

**Authorship on Application:**

Crowvision, Inc., employer for hire.

**Names:**

Pressman, Edward R.

Pope, Tim

Jeff Most Productions

Crowvision, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/11628934

---

**Registration Number / Date:**

PAU001696542 / 1992-12-15

**Type of Work:**

Dramatic Works; or Choreography

**Title:**

The crow /by David Schow & John Shirley.

**Date of Creation:**

1992

**Copyright Claimant:**

Crowvision, Inc. (employer for hire)

**Names:**

Schow, David

Shirley, John

O'Barr, James

Crowvision, Inc.

**USCO Catalog Link:**

https://publicrecords.copyright.gov/detailed-record/9496347

---

© U.S. Copyright Office

Disclaimer: This material was generated by the pilot of the U.S. Copyright Office's Copyright Public Records System (CPRS). The pilot is under development and is not the final version of the CPRS. This pilot does not replace or supersede the online public catalog or existing search practices the Copyright Office has established. Results obtained through the CPRS

pilot should not be used for legal purposes. For information on searching copyright records, see How to Investigate the Copyright Status of a Work (Circular 22). For information on removing personal information from Copyright Office public records, refer to Privacy: Public Copyright Registration Records(Circular 18).